NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3139

ANN T. NGUYEN,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

GENERAL SERVICES ADMINISTRATION,

Intervenor.

Petition for review of the Merit Systems Protection Board
in SF315H080665-I-1.

ON MOTION

ORDER

The General Services Administration moves to reform the official caption to designate the Merit Systems Protection Board as the respondent, for leave to intervene, and for an extension of time to file its brief.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns solely the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1)   The motions are granted.  The revised official caption is reflected above.

(2)   The Board and GSA should calculate their brief due dates from the date of filing of this order.

FOR THE COURT

JUN 2 5 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   James S. Sable, Esq.
      Courtney E. Sheehan, Esq.
      Bernard Doyle, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 5 2009

JAN HORBALY
CLERK

2009-3139                                    - 2 -